07-CV-05584-ORD

FILED _____ LODGED
_____ RECEIVED
MAR 18 2009
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OSCAR FRUTO,<br><br>Plaintiff,<br><br>vs.<br><br>GRAYS HARBOR PUBLIC UTILITY DISTRICT NO. 1, a Washington Municipal Corporation; DENNIS WALDRON, an Individual,<br><br>Defendants. | NO. C07-05584-RBL<br><br>ORDER GRANTING LEAVE TO WITHDRAW<br><br>**Noted on Calendar for:**<br>**February 25, 2009** |

This matter came before the Court this day on the motion of Rush, Hannula, Harkins & Kyler, L.L.P. to withdraw as counsel for defendant Dennis Waldron for the reasons that Mr. Waldron has been unable to pay his legal fees in accordance with his contract with his attorneys, has no prospects of being able to pay his legal fees in the future and in fact has retained bankruptcy counsel and will be filing bankruptcy very soon. Counsel has certified that notice of this motion has been given in accordance with local federal general rule 2(g)(4)(A). The Court has considered counsel's motion as well as all written materials submitted by the other parties and finds good cause to grant

ORDER GRANTING LEAVE TO
WITHDRAW - 1

RUSH, HANNULA, HARKINS & KYLER, L.L.P.
4701 South 19th Street, Suite 300
TACOMA, WA 98405
TELEPHONE: (253) 383-5388
FAX: (253) 272-5105

counsel leave to withdraw as attorneys for defendant Dennis Waldron. It is, therefore,

ORDERED, ADJUDGED AND DECREED that counsel's motion is granted and the Court grants counsel leave to withdraw as counsel for defendant Dennis Waldron.

Done this 18th day of ~~February~~ March 2009.

_____
Hon. Ronald B. Leighton, Judge
United States District Court

Presented by:

Rush, Hannula, Harkins & Kyler, L.L.P.
Attorneys for Defendant Denis Waldron

By: _____
Daniel L. Hannula, WSB #15191

ORDER GRANTING LEAVE TO WITHDRAW - 2

RUSH, HANNULA, HARKINS & KYLER, L.L.P.
4701 South 19th Street, Suite 300
TACOMA, WA 98405
TELEPHONE: (253) 383-5388
FAX: (253) 272-5105