Honorable Ronald B. Leighton

07-CV-05584-ORD

FILED _____ LODGED
_____ RECEIVED

APR 30 2009

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

OSCAR FRUTO,

    Plaintiff,

v.

GRAYS HARBOR PUBLIC UTILITY DISTRICT NO. 1, a Washington Municipal Corporation; DENNIS WALDRON, an Individual,

    Defendants.

NO. 3:07-cv-5584

STIPULATION FOR AND ORDER OF DISMISSAL

COMES NOW plaintiff Oscar Fruto and defendant Public Utility District No. 1 of Grays Harbor County (Grays Harbor PUD) and stipulate to a dismissal with prejudice of all claims asserted by plaintiff against defendant Grays Harbor PUD herein, the matter having been settled.

By entering into this settlement, plaintiff Fruto expressly retains and reserves all rights to pursue his causes of action against defendant Dennis Waldron herein.

STIPULATION FOR AND
ORDER OF DISMISSAL - 1
Cause No. 3:07-cv-5584
#705827 v1 / 09917-118

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

It is so stipulated.

DATED this 20th day of April, 2009.

/s/_____
Oscar Fruto, Pro Se
Plaintiff

/s/_____
Mark R. Johnsen, WSBA #11080
Karr Tuttle Campbell
Attorneys for Public Utility District
No. 1 of Grays Harbor County

## ORDER

This matter having come before the Court upon the above stipulation for dismissal, and the Court being fully advised, now, therefore it is hereby ordered:

1. That the claims of plaintiff Oscar Fruto against defendant Grays Harbor PUD are dismissed with prejudice and without costs to either party.

2. This dismissal shall not affect the plaintiff's remaining claims against defendant Dennis Waldron herein.

DONE IN OPEN COURT this 30th day of April, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

STIPULATION FOR AND
ORDER OF DISMISSAL - 2
Cause No. 3:07-cv-5584
#705827 v1 / 09917-118

Law Offices
KARR TUTTLE CAMPBELL
A Professional Service Corporation
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Presented by:

/s/_____
Mark R. Johnsen, WSBA #11080
Karr Tuttle Campbell
Attorneys for Defendant Public Utility District
No. 1 of Grays Harbor County


Approved as to form;
notice of presentation waived:


/s/_____
Oscar Fruto, Pro Se
Plaintiff

STIPULATION FOR AND
ORDER OF DISMISSAL - 3
Cause No. 3:07-cv-5584
#705827 v1 / 09917-118

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100